UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA TREGLOWN,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE CAMBRONERO AND JANE DOE CAMBRONERO, husband and wife and the marital community composed thereof,<br><br>Defendants. | No. 2:18-cv-00875-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

DATED this 30th day of September, 2019.                DATED this 30th day of September, 2019.

FORSBERG & UMLAUF, P.S.                                        THE PEARSON LAW FIRM

_/s/_____                                      _/s/_____
Kimberly A. Reppart, WSBA#30643                          Jerald D. Pearson, WSBA #8970
Alex E. Ormsby, WSBA #52677                                Attorneys for Plaintiff
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 1
CAUSE NO. 2:18-cv-00875-JLR

2470591 / 1044.0019

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## ORDER

THIS MATTER came before the Court upon the above Stipulation of the parties. In light of the foregoing, the Court hereby ORDERS as follows:

The Stipulated Dismissal is granted. All claims are dismissed with prejudice and without costs or attorney fees to either party.

DONE IN OPEN COURT this 1ST day of October, 2019.

_____
Honorable James L. Robart

**PRESENTED BY:**

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA#30643
Alex E. Ormsby, WSBA #52677
Attorney for Defendant


**APPROVED FOR ENTRY:**

THE PEARSON LAW FIRM

_____
Jerald D. Pearson, WSBA #8970

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 2:18-cv-00875-JLR

2470591 / 1044.0019

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX